FILED

1  James H. Park (SBN 193203)
   Law Office of James H. Park
2  515 S. Flower St., 36th Flr.
   Los Angeles, CA 90071
3  Tel: (213) 365-6120
   Fax: (213) 341-2312
4  Email: Counsel@jamespark.com

10 SEP 20  AM 11: 53

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

5

6  Attorneys for Plaintiff
   UNIVERSAL SURFACE TECHNOLOGY, INC. dba
7  TRENDY EMBELLISHMENT

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                                 CV10  6972 CAS PJWx

11  UNIVERSAL SURFACE TECHNOLOGY,   )  No.
    INC. doing business as TRENDY    )
12  EMBELLISHMENT,                    )  COMPLAINT
                                      )
13                    Plaintiff,      )  (1) FEDERAL COPYRIGHT
                                      )      INFRINGEMENT;
14        vs.                         )  (2) DECLARATORY RELIEF;
                                      )  (3) UNLAWFUL
15  SAE-A TRADING AMERICA             )      COMPETITION LAW
    CORPORATION; OCEN, INC.; SAE-A    )  (4) INTERFERENCE WITH
16  doing business as GLOVIA; and DOES 1 )     PROSPECTIVE
    through 10, inclusive,            )      ECONOMIC
17                                    )      ADVANTAGE;
                      Defendants.     )  (5) UNJUST ENRICHMENT;
18                                    )  (6) ACCOUNTING.
                                      )
19                                    )
                                      )  DEMAND FOR JURY TRIAL
20

21

22

23

24

25

26

27

28

COMPLAINT

1   Comes now Plaintiff and complains of Defendants and each Defendant, and

2   says and alleges as follows:

3   ## JURISDICTION & VENUE

4   1.      This is an action for copyright infringement, declaratory relief, and

5   various state law claims arising under, *inter alia*, the Copyright Act, 17 U.S.C.

6   §101 *et seq.*, the Declaratory Judgment Act, 28 U.S.C. § 2201(a), and unfair

7   competition law and interference with prospective economic advantage and unjust

8   enrichment and accounting arising under California law.  This Court has subject

9   matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1338(a).

10  This Court has supplemental jurisdiction over the state law claims pursuant to 28

11  U.S.C. §1367(a).

12  2.      This Court has personal jurisdiction over Defendants and each

13  Defendant in that they do business in the State of California and/or have committed

14  unlawful and tortuous acts within the State of California causing injury in

15  California.  Plaintiff's claims arise out of Defendants' and each Defendant's

16  conduct in California that gives rise to personal jurisdiction over each respective

17  defendant.

18  3.      Venue is proper, *inter alia*, under 28 U.S.C. §§ 1391and 1400 in that a

19  substantial part of the events giving rise to Plaintiff's claims occurred in this

20  judicial district, and Defendants and each Defendant resides or may be found in

21  this judicial district.

22  ## PARTIES

23  4.      Plaintiff, UNIVERSAL SURFACE TECHNOLOGY, Inc., ("UST,

24  INC.") is a corporation duly organized and existing under the laws of the State of

25  California with a principal place of business within this judicial district.  At all

26  times relevant herein, Plaintiff did and does business as TRENDY

27  EMBELLISHMENT. ("Plaintiff")

28  5.      Defendant, SAE-A TRADING AMERICA CORPORATION, is an

Law Office Of James H. Park
515 S. Flower St. 36 Flr.
Los Angeles, CA 90071

- 2 -

1  unknown business entity which, at all relevant times did and does business within

2  this judicial district.

3        6.    Defendant, OCEN, INC., is an unknown business entity which, at all

4  relevant times did and does business within this judicial district.  Located at 2207

5  West 190th Street, Torrance, California.   At all relevant times herein, Plaintiff is

6  believed and hereon alleges, that OCEN, INC. was and is a wholly owned

7  subsidiary of SAE-A TRADING AMERICA CORPORATION, which controls

8  OCEN, INC.

9        7.    Defendant, SAE-A is an unknown business entity which, at all

10  relevant times did and does business within this judicial district.  At all relevant

11  times herein, Plaintiff is believed and hereon alleges, that SAE-A was and is a

12  wholly owned subsidiary of SAE-A TRADING AMERICA CORPORATION,

13  which controls SAE-A.

14        8.    The true names and capacities, whether individuals or otherwise, of

15  defendants DOES 1 through 10, inclusive, are unknown to Plaintiff who therefore

16  sues said Defendants by such fictitious names.  Plaintiff is informed and believes

17  that each of the DOE Defendants is responsible in some manner for the events and

18  happenings alleged below, and that each individually or as a group caused injuries

19  and damages proximately thereby as hereinafter alleged.

20        9.    Plaintiff is informed and believes, and thereon alleges, that at all times

21  herein mentioned, each of the defendants was the agent, servant, and employee of

22  each of the remaining defendants and was at all times acting within the purpose

23  and scope of said agency and employment, with the knowledge and consent or

24  ratification of each of the other defendants in doing the things herein alleged.

25  **GENERAL ALLEGATIONS**

26        10.    Plaintiff UST, INC. distributes apparel.  Kwan Lee, an individual, is

27  the owner of the registered copyright, "Trendy Designs."  A true and correct copy

28  of the registration is attached hereto as EXHIBIT A.  Kwan Lee has assigned all

Law Office Of James H. Park
515 S. Flower St. 36th Flr.
Los Angeles, CA 90071

1   rights to the "Trendy Designs" to Plaintiff UST, INC.

2       11.   Defendants, and each of them, have reproduced Plaintiff's copyright,

3   distributed or sold Plaintiff's copyrights, prepared derivative works based upon

4   Plaintiff's copyrights, and/or publicly displayed products which infringe Plaintiff's

5   Copyrights.

6       12.   Plaintiff has been irreparably harmed by each of the alleged acts of

7   copyright infringement set forth herein. Monetary damages would be insufficient

8   to compensate Plaintiff for such irreparable harm, and Plaintiff will continue to be

9   so harmed unless injunctive relief is issued.

10   **FIRST CLAIM FOR RELIEF**

11   **COPYRIGHT INFRINGEMENT (17 U.S.C. §§ 101 *et seq.*)**

12   **BY PLAINTIFF, UST, INC.**

13   **AGAINST**

14   **DEFENDANTS, SAE-A TRADING AMERICA CORPORATION, OCEN,**

15   **INC., SAE-A DBA GLOVIA, AND DOES 1 THROUGH 10, INCLUSIVE**

16       13.   Plaintiff refers to and incorporates herein, by this reference, as if fully

17   set forth hereat seriatim, paragraphs 1 through 12 of this complaint.

18       14.   Plaintiff is, and at all relevant times has been assigned the exclusive

19   ownership of all United States rights, title and interest in and to the copyright,

20   "Trendy Designs." A true and correct copy of the registration is attached hereto as

21   EXHIBIT A.

22       15.   Kwan Lee's copyright registration is valid and has been assigned to

23   Plaintiff.

24       16.   Defendants, and each Defendant, have infringed, and continue to

25   infringe plaintiff's exclusive copyrights by reproducing, preparing derivative

26   works of, and distributing infringing copies of Plaintiff's exclusive licensed

27   copyright without Plaintiff's consent.

28       17.   A substantial similarity, as determined by an ordinary observer, exists

Law Office Of James H. Park
515 S. Flower St. 36th Flr.
Los Angeles, CA 90071

1 | between each Defendant's infringing products and Plaintiff's copyrighted works as

2 | alleged herein.

3 |     18. On information and belief, each Defendant's unlawful copying has

4 | been undertaken with express and/or constructive knowledge or with reckless

5 | disregard, that it violated Plaintiff's license for rights, title, and interest. Each

6 | Defendant's copyright infringement was thereby and continues to be intentional

7 | and/or willful.

8 |     19. By reason of the foregoing acts of copyright infringement, Plaintiff

9 | has been monetarily injured in an amount to be proven.

### SECOND CLAIM FOR RELIEF

### DECLRATORY RELIEF (28 U.S.C. § 2201(a))

### BY PLAINTIFF, UST, INC.

### AGAINST

### DEFENDANTS, SAE-A TRADING AMERICA CORPORATION, OCEN, INC., SAE-A DBA GLOVIA, AND DOES 1 THROUGH 10, INCLUSIVE

16 |     20. Plaintiff refers to and incorporates herein, by this reference, as if fully

17 | set forth hereat seriatim, paragraphs 1 through 12 of this complaint.

18 |     21. Plaintiff alleges that a substantial controversy has arisen between

19 | Plaintiff and each Defendant relating to the right to the copyright.

20 |     22. Plaintiff further alleges that the parties have adverse legal interests to

21 | each other in determining which party has the exclusive rights in connection with

22 | the copyright.

23 |     23. Plaintiff further alleges that the controversy is of sufficient immediacy

24 | and reality to warrant the issuance of a declaratory judgment. Accordingly,

25 | Plaintiff requests a declaration that: (i) Plaintiff has exclusive U.S. right, title and

26 | interest in and to the copyright, and (ii) No Defendant has any right to reproduce or

27 | make copies of the copyright, prepare derivative works based upon the copyright,

28 | distribute or sell copies of the copyrights, or publicly display the copyright.

Law Office Of James H. Park
515 S. Flower St. 36th Flr.
Los Angeles, CA 90071

Law Office Of James H. Park
515 S. Flower St. 36th Flr.
Los Angeles, CA 90071

## THIRD CLAIM FOR RELIEF

## UNLAWFUL COMPETITION LAW (Cal. Bus. & Prof. Code, §§ 17200 et seq.)

### BY PLAINTIFF, UST, INC.

### AGAINST

### DEFENDANTS, SAE-A TRADING AMERICA CORPORATION, OCEN, INC., SAE-A DBA GLOVIA, AND DOES 1 THROUGH 10, INCLUSIVE

24.     Plaintiff refers to and incorporates herein, by this reference, as if fully set forth hereat seriatim, paragraphs 1 through 12 of this complaint.

25.     Plaintiff is, and at all relevant times has been assigned, the exclusive rights by Kwan Lee of all United States rights, title and interest in and to the copyright, "Trendy Designs." A true and correct copy of the registration is attached hereto as EXHIBIT A.

26.     Kwan Lee's copyright registration is valid and has been assigned to Plaintiff.

27.     Defendants, and each Defendant, have infringed, and continue to infringe plaintiff's copyrights by reproducing, preparing derivative works of, and distributing infringing copies of Plaintiff's copyright without Plaintiff's consent. Defendants and each Defendant have done so with the intent of causing confusion mistake, and deception as to the source of its goods with the intent to palm off its good as those of Plaintiffs and to place others in the position to palm off their goods as those of Plaintiffs.

28.     The acts of each Defendant have violated the Unfair Competition Law codified commencing with section 17200 of the California Business and Professions Code.

29.     Plaintiff has no adequate remedy at law. The conduct of each Defendant has caused and, if not enjoined, will continue to cause Plaintiff irreparable harm and damage to Plaintiff's copyright and to Plaintiff's business,

1 | reputation, and goodwill.

## FOURTH CLAIM FOR RELIEF
## INTERFERENCE WITH PROSPECTIVE ECONOMICADVANTAGE
### BY PLAINTIFF, UST, INC.
### AGAINST
### DEFENDANTS, SAE-A TRADING AMERICA CORPORATION, OCEN, INC., SAE-A DBA GLOVIA, AND DOES 1 THROUGH 10, INCLUSIVE

30. Plaintiff refers to and incorporates herein, by this reference, as if fully set forth hereat seriatim, paragraphs 1 through 12 of this complaint.

31. At all times relevant to the actions complained herein, there existed economic relationships between Plaintiff and third parties containing the probability of future economic benefit to Plaintiff.

32. Each Defendant had knowledge of the existence of the aforementioned economic relationships.

33. Each Defendant's actions complained of herein were committed intentionally, designed to disrupt the aforementioned economic relationships, and actual disruption of the economic relationships has occurred.

34. Plaintiff has been damaged by each Defendant's unlawful acts in an amount to be proven at trial.

35. The aforementioned acts of each Defendant were willful and malicious. Plaintiff is therefore entitled to punitive damages.

## FIFTH CLAIM FOR RELIEF
## UNJUST ENRICHMENT
### BY PLAINTIFF, UST, INC.
### AGAINST
### DEFENDANTS, SAE-A TRADING AMERICA CORPORATION, OCEN, INC., SAE-A DBA GLOVIA, AND DOES 1 THROUGH 10, INCLUSIVE

36. Plaintiff refers to and incorporates herein, by this reference, as if fully

Law Office Of James H. Park
515 S. Flower St. 36th Flr.
Los Angeles, CA 90071

- 7 -
COMPLAINT

1 │ set forth hereat seriatim, paragraphs 1 through 12 of this complaint.

2 │     37.   Each Defendant's acts of misappropriation and illegal use of

3 │ Plaintiff's intellectual property rights and valuable goodwill associated with the

4 │ rights, at virtually no cost to said Defendant, have resulted in said Defendant being

5 │ unjustly enriched at Plaintiff's expense.

6 │     38.   Plaintiff has invested heavily in the advertisement, promotion, and

7 │ building of goodwill related to the aforementioned intellectual property.

8 │     39.   Plaintiff is therefore entitled to restitution of all ill-gotten profits

9 │ related to the aforementioned intellectual property rights that have been retained by

10 │ each Defendant.

**SIXTH CLAIM FOR RELIEF**

**ACCOUNTING**

**BY PLAINTIFF, UST, INC.**

**AGAINST**

**DEFENDANTS, SAE-A TRADING AMERICA CORPORATION, OCEN, INC., SAE-A DBA GLOVIA, AND DOES 1 THROUGH 10, INCLUSIVE**

17 │     40.   Plaintiff refers to and incorporates herein, by this reference, as if fully

18 │ set forth hereat seriatim, paragraphs 1 through 12 of this complaint.

19 │     41.   Plaintiff alleges that each Defendant's use of plaintiff's intellectual

20 │ property rights have resulted in said Defendant being unjustly enriched at

21 │ plaintiff's expense and at no cost to the said Defendant.

22 │     42.   Each Defendant has retained an unknown amount of monies that

23 │ rightfully belong to Plaintiff.

24 │     43.   Plaintiff is therefore entitled to an accounting of all profits gained by

25 │ each Defendant's illegal use of plaintiff's intellectual property.

**PRAYER FOR RELIEF**

27 │     WHEREFORE, plaintiff prays for judgment in its favor and against

28 │ defendants as follows:

Law Office Of James H. Park
515 S. Flower St. 36th Flr.
Los Angeles, CA 90071

1   (a)   For an order preliminarily and permanently enjoining Defendants,

2   their respective subsidiaries, divisions, agents, servants, employees, successors,

3   licensees, transferees, representatives, and/or assignees, and any persons in active

4   concert or participation with any of them, from further acts of infringement of the

5   copyright;

6   (b)   For an order impounding of, and/or the destruction or other reasonable

7   disposition of, all copies made or used in violation of plaintiff's exclusive rights,

8   and all masters, tapes, film negatives, or other articles by means of which such

9   copies may be reproduced;

10   (c)   For a declaration of the rights of the parties from this Court:

11   (i)   That Plaintiff has exclusive U.S. right, title and interest in and

12         to the copyright, and

13   (ii)   That Defendants have no right to reproduce or make copies of

14         the copyright, prepare derivative works based upon the

15         copyright, distribute or sell copies of the copyright, or publicly

16         display the copyright;

17   (d)   For the imposition of a constructive trust freezing ill-gotten gains

18   derived from Defendants' illegal use of Plaintiff's Copyrights;

19   (e)   For an accounting of all profits derived from defendants' illegal use of

20   Plaintiff's copyright;

21   (f)   That Plaintiff be awarded actual damages and defendants' additional

22   profits, or statutory damages, in the discretion of plaintiff, pursuant to 17 U.S.C. §

23   504, and in the case of statutory damages, increased damages pursuant to 17

24   U.S.C. § 504(c)(2);

25   (g)   That Plaintiff be awarded restitution and Defendants be disgorged of

26   profits;

27   (h)   That Plaintiff be awarded costs and attorneys fees;

28   (i)   That Plaintiff be awarded punitive damages;

Law Office Of James H. Park
515 S. Flower St. 36th Flr.
Los Angeles, CA 90071

- 9 -

(j)     That Plaintiff be awarded pre-judgment and post-judgment interest according to the law; and

(k)     For such other relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), plaintiff UST, Inc., hereby demands a trial by jury of all matters herein so triable.

Respectfully submitted,

James H. Park
Law Office of James H. Park
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Christina A. Snyder and the assigned discovery Magistrate Judge is Patrick J. Walsh.

The case number on all documents filed with the Court should read as follows:

## CV10- 6972 CAS (PJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=============================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
James H. Park (SBN 193203)
Law Office of James H. Park
515 South Flower Street, 36th Floor
Los Angeles, CA 90071
Attorny for Plaintiff UST, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL SURFACE TECHNOLOGY, INC. doing business as TRENDY EMBELLISHMENT<br><br>PLAINTIFF(S)<br><br>v. | CASE NUMBER<br><br>CV10 6972 **CAS** PJWx |
| SAE-A TRADING AMERICA CORPORATIONS; OCEN, INC.; SAE-A doing business as GLOVIA; and DOES 1-10, inclusive<br><br>DEFENDANT(S). | **SUMMONS** |

TO:   DEFENDANT(S): SAE-A TRADING AMERICA CORPORATIONS; OCEN, INC.;
        SAE-A doing business as GLOVIA; and DOES 1-10, inclusive

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _James H. Park_____, whose address is _515 South Flower Street, 36th Floor, Los Angeles, California 90071 (213) 365-6120____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: ___ SEP 2 0 2010 ___          By: ___ **CHRISTOPHER POWERS** ___

                                                Deputy Clerk

                                              *(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                              **SUMMONS**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
UNIVERSAL SURFACE TECHNOLOGY, INC., doing business as
TRENDY EMBELLISHMENT

**DEFENDANTS**
SAE-A TRADING AMERICA CORPORATION; OCEN, INC.;
SAE-A doing business as GLOVIA; and DOES 1 through 10, inclusive.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

James H. Park (193203)
Law Office of James H. Park
515 S. Flower St. 36th Flr. Los Angeles, CA 90071  Tel: (213) 365-6120

Attorneys (If Known)

Stephen R. Mick
Akin Gump Strauss Hauer & Feld, LLP
2029 Century Park East Suite 2400
Los Angeles, 90067

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country ☐ 3 | | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No    ☑ **MONEY DEMANDED IN COMPLAINT: $** According to Proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright infringement, the Copyright Act, 17 USC 101 et seq, Declaratory Judgment Act, 28 USC 2201(a) and 28 USC 1331 and 1338(a), 28 usc 1367(a)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**CV10  6972**

FOR OFFICE USE ONLY:   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No   ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | New York |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date   9/17/2010

Notice to Counsel/Parties:   The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |