QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
  David W. Quinto (Bar No. 106232)
  davidquinto@quinnemanuel.com
  Daniel C. Posner (Bar No. 232009)
  danposner@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Defendants,
Counterclaimants and Cross-Complainants
Sae-A Trading Co., Ltd; Sae-A Trading
America Corporation;
Ocen, Inc.; and Glovia, S.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL SURFACE TECHNOLOGY, INC., a California corporation doing business as "Trendy Embellishment", <br><br> Plaintiff, <br><br> vs. <br><br> SAE-A TRADING CO. LTD., a South Korean corporation; SAE-A TRADING AMERICA CORPORATION, a New York corporation; OCEN, INC., a California corporation; GLOVIA, Sociedad Anonima, a Guatemalan corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. <br><br> AND RELATED CROSS-CLAIMS AND COUNTERCLAIMS | CASE NO. CV10 6972 CAS PJWx <br><br> **APPLICATION TO FILE UNDER SEAL** <br><br> [[Proposed] Order Filed Concurrently Herewith] <br><br> Date:  December 15, 2011 <br> Time:  11:00 a.m. <br> Ctrm.:  23 <br> Judge:  Hon. Patrick J. Walsh <br><br> Factual Discovery <br>   Cut-off:          April 2, 1012 <br> Pre-Trial Conf. Date:  August 13, 2012 <br> Trial Date:     August 28, 2012 |

1  Pursuant to Local Rule 79-5.1 and the Stipulation and Protective Order entered by
2  the Court in this action, Defendants Sae-A Trading Co., Ltd; Sae-A Trading America
3  Corporation; Ocen, Inc.; and Glovia, S.A. ("Defendants") hereby respectfully request that
4  the Court order filed under seal Defendants' Motion to Compel Further Responses to
5  Defendants' First Set of Interrogatories and Defendants' Motion to Compel Further
6  Responses to Deposition Questions at Plaintiff's Expense and for Appointment of
7  Discovery Referee to Attend Depositions Taken by Defendants at Plaintiff's Expense, and
8  the accompanying joint stipulations, declarations and exhibits as set forth below.

9  The documents that Defendants request be filed under seal and the support for that
10 designation are individually listed below:

11 1) DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
12    MOTION TO COMPEL FURTHER RESPONSES TO DEFENDANTS' FIRST SET OF
13    INTERROGATORIES references and quotes documents and deposition testimony
14    that have been designated either "Confidential" or "Confidential – Attorney's Eyes
15    Only" by Universal Surface Technology, Inc.

16 2) DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
17    MOTION TO COMPEL FURTHER RESPONSES TO DEPOSITION QUESTIONS AT
18    PLAINTIFF'S EXPENSE AND FOR APPOINTMENT OF DISCOVERY REFEREE TO
19    ATTEND DEPOSITIONS TAKEN BY DEFENDANTS AT PLAINTIFF'S EXPENSE
20    references and quotes documents and deposition testimony that have been
21    designated either "Confidential" or "Confidential – Attorney's Eyes Only" by
22    Universal Surface Technology, Inc.

23 3) JOINT STIPULATION ON DEFENDANTS' MOTION TO COMPEL FURTHER
24    RESPONSES TO DEPOSITION QUESTIONS AT PLAINTIFF'S EXPENSE AND FOR
25    APPOINTMENT OF DISCOVERY REFEREE TO ATTEND DEPOSITIONS TAKEN
26    BY DEFENDANTS AT PLAINTIFF'S EXPENSE references and quotes documents
27    and deposition testimony that have been designated either "Confidential" or
28    "Confidential – Attorney's Eyes Only" by Universal Surface Technology, Inc.

4) JOINT STIPULATION ON DEFENDANTS' MOTION TO COMPEL FURTHER RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES references and quotes documents and deposition testimony that have been designated either "Confidential" or "Confidential – Attorney's Eyes Only" by Universal Surface Technology, Inc.

5) DECLARATION OF DAVID W. QUINTO IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL FURTHER RESPONSES TO DEPOSITION QUESTIONS AT PLAINTIFF'S EXPENSE AND FOR APPOINTMENT OF DISCOVERY REFEREE TO ATTEND DEPOSITIONS TAKEN BY DEFENDANTS AT PLAINTIFF'S EXPENSE references and quotes documents and deposition testimony that have been designated either "Confidential" or "Confidential – Attorney's Eyes Only" by Universal Surface Technology, Inc.

6) DECLARATION OF DAVID W. QUINTO IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL FURTHER RESPONSES TO FIRST SET OF INTERROGATORIES references and quotes documents and deposition testimony that have been designated either "Confidential" or "Confidential – Attorney's Eyes Only" by Universal Surface Technology, Inc.

In light of these designations, Defendants request that the Court order that the foregoing documents be filed under seal.

| | | |
|---|---|---|
| 1 | DATED: November 16, 2011 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | |
| 4 | | By _____<br>David W. Quinto |
| 5 | | Attorneys for Defendants, Counterclaimants and Cross-Complainants |
| 6 | | Sae-A Trading Co., Ltd; Sae-A Trading America Corporation; Ocen, Inc.; and |
| 7 | | Glovia, S.A. |

```
QUINN EMANUEL URQUHART & SULLIVAN, LLP
  David W. Quinto (Bar No. 106232)
  davidquinto@quinnemanuel.com
  Daniel C. Posner (Bar No. 232009)
  danposner@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Defendants,
Counterclaimants and Cross-Complainants
Sae-A Trading Co., Ltd; Sae-A Trading
America Corporation;
Ocen, Inc.; and Glovia, S.A.
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL SURFACE TECHNOLOGY, INC., a California corporation doing business as "Trendy Embellishment", <br><br> Plaintiff, <br><br> vs. <br><br> SAE-A TRADING CO. LTD., a South Korean corporation; SAE-A TRADING AMERICA CORPORATION, a New York corporation; OCEN, INC., a California corporation; GLOVIA, Sociedad Anonima, a Guatemalan corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. <br><br> AND RELATED CROSS-CLAIMS AND COUNTERCLAIMS | CASE NO. CV10 6972 CAS (PJWx) <br><br> PROOF OF SERVICE <br><br> Date:          December 15, 2011 <br> Time:          11:00 a.m. <br> Courtroom: 23 <br> Judge:         Hon. Patrick J. Walsh <br><br> Factual Discovery <br>  Cut-off:                    April 2, 2011 <br> Pre-Trial Conference: August 13, 2012 <br> Trial Date:                 August 28, 2012 |

04312.23400/4451300.1

Case No. CV10 6972 CAS (PJWx)
PROOF OF SERVE

1  I, the undersigned, declare as follows:
2      I am employed in the County of Los Angeles, State of California. I am over
3  the age of 18 and not a party to the within action; my business address is 865 South
4  Figueroa Street, 10th Floor, Los Angeles, California  90017-2543.
5      On November 16, 2011, I served the foregoing documents described as
6  follows:
7  **APPLICATION TO FILE UNDER SEAL**
8      On the interested parties in this action by serving true copies thereof enclosed in a sealed envelope, addressed as follows:
9
10  Lawrence E. Heller, Esq.
    Heller & Edwards
    9454 Wilshire Boulevard, Suite 500
11  Beverly Hills, CA 90212-2982
12      I declare under penalty of perjury under the laws of the State of California
13  that the above is true and correct.
14      Executed on November 16, 2011, at Los Angeles, California
15
16
17  Betty Gomez
18
19
20
21
22
23
24
25
26
27
28

04312.23400/4451300.1

Case No. CV10 6972 CAS (PJWx)
PROOF OF SERVE